IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS CARRINGTON, individually and on
behalf of all others similarly situated,

    Plaintiff,                                               Case No.   19-cv-398-jdp

    v.

EXPERIAN HOLDINGS, INC.,
CONSUMERINFO.COM, INC.,
d/b/a EXPERIAN CONSUMER SERVICES, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Experian Holdings, Inc., ConsumerInfo.com, Inc. d/b/a Experian Consumer Services, and Experian Information Solutions, Inc. against plaintiff Dennis Carrington dismissing this case.

    s/ K. Frederickson, Deputy Clerk                    June 29, 2020
      Peter Oppeneer, Clerk of Court                           Date