UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

DENNIS CARRINGTON, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

EXPERIAN HOLDINGS INC,
CONSUMERINFO.COM INC., d/b/a
EXPERIAN CONSUMER SERVICES,
and EXPERIAN INFORMATION
SOLUTIONS INC,

    Defendants.

Case No. 19-cv-398

Hon. James D. Peterson

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case, Dennis Carrington, by counsel Ademi & O'Reilly, LLP, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the U.S. District Court for the Western District of Wisconsin (Dkt. No. 37) entered in this action on the 29th day of June 2020, and from the Order of the court, entered June 29, 2020, (Opinion and Order – Dkt. No. 36) granting Defendants' Motion to Dismiss for lack of Personal Jurisdiction as to Defendants Experian Holdings, Inc. and Experian Information Solutions, Inc., and granting Defendants' Motion to Dismiss as to Defendant ConsumerInfo.com Inc., with prejudice, Plaintiff's claims under the Electronic Funds Transfer Act, 15 U.S.C. § 1693 et seq. (the "EFTA"), the Credit Repair Organization Act, 15 U.S.C. § 1679 et seq. (the "CROA"), the Wisconsin Consumer Act, chs. 421-427, Wis. Stats. (the "WCA"), the Wisconsin Deceptive Trade Practices Act, Wis. Stat. § 100.18 et seq. (the "WDTPA"), and the common law of Wisconsin.

Respectfully submitted,

<u>s/ John D. Blythin</u>
John D. Blythin (SBN 1046105)
(counsel of record)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
jblythin@ademilaw.com
(414) 482-8000 (tel.)
(414) 482-8001 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Wisconsin by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ <u>John D. Blythin</u>